IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID CHITYAL, | ) | |
|     Petitioner | ) | Civil Action No. 07-254 Erie |
| | ) | |
| v. | ) | Magistrate Judge Baxter |
| | ) | |
| HELEN J. MARBERRY, | ) | |
|     Respondent. | ) | |

## REPORT AND RECOMMENDATION

AND NOW, this 28th day of September, 2007, after Petitioner presented a petition for a writ of habeas corpus which he seeks leave to prosecute in forma pauperis, and it appearing that he has an average monthly balance of $ 401.47 in his account at the Federal Correctional Institution at McKean in Bradford, Pennsylvania, which sum far exceeds the $ 5.00 filing fee required to commence this action, and it further appearing that requiring the Petitioner to pay the filing fee will not deprive him of any necessities of life at the prison,

It is recommended that leave to proceed in forma pauperis be denied.

Petitioner shall have ten (10) days from the date of service in which to file written objections to this Report and Recommendation. Failure to file timely objections may constitute a waiver of any appellate rights.

                                                                S/Susan Paradise Baxter
                                                                SUSAN PARADISE BAXTER
                                                                Chief U.S. Magistrate Judge

cc: David Chityal # 26034-038
     FCI McKean
     P.O. Box 8000
     Bradford, PA  16701